


# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| T&S AUTO SALES AND SERVICE, LLC and THOMAS McMENAMIN, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 2:14-cv-05791(MSG) |
| RJJD ASSOCIATES, LLC,<br>JAMES SIPALA,<br>NISSAN NORTH AMERICA, INC., and<br>JOSEPH BUSH, JR., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## STIPULATION OF DISMISSAL

Plaintiffs, T&S Auto Sales and Service, LLC and Thomas McMenamin, and defendants, RJJD Associates, LLC, James Sipala, Nissan North America, Inc., and Joseph Bush hereby stipulate that this matter shall be dismissed with prejudice and with each party bearing its own costs and legal fees. The parties have resolved to their satisfaction all of the issues and claims asserted therein.

                ASTOR WEISS KAPLAN & MANDEL, LLP

                */s/ Dina S. Ronsayro*
                David L. Woloshin  (#25010)
                  dwoloshin@astorweiss.com
                Dina S. Ronsayro  (#83852)
                  dronsayro@astorweiss.com
                200 S. Broad Street, Suite 600
                Philadelphia, PA 19102
                Telephone:  (215) 790-0100

Dated:  April 2, 2015                *Counsel for Plaintiffs*

ARANGIO & GEORGE, LLP

*/s/ Dennis M. George*
Dennis M. George (#39416)
   dgeorge@arangiogeorge.com
2000 Market Street, Suite 1440
Philadelphia, PA 19103
Telephone: (215)567-1999
Facsimile: (215)567-8860

SCAFARIA LAW, P.C.

Jeffrey M. Scafaria (#73326)
   js@scafarialaw.com
P.O. Box 30095
Philadelphia, PA 19103
Telephone: (215) 800-1083
Facsimile: (215)567-8860

*Counsel for Defendants*
Dated: April 2, 2015     *RJJD Associates, LLC and James Sipala*


UNRUH, TURNER, BURKE & FREES, P.C.

*/s/ Christopher L. Turner*
Christopher L. Turner (#200906)
   cturner@utbf.com
James C. Dalton (#45150)
   jdalton@utbf.com
P.O. Box 515
West Chester, PA 19381
Telephone: (610) 692-1371
Facsimile: (484) 653-2218

Dated: April 2, 2015     *Counsel for Defendant Joseph Bush, Jr.*

        UNRUH, TURNER, BURKE & FREES, P.C.

        Christopher L. Turner  (#200906)
           cturner@utbf.com
        James C. Dalton  (#45150)
           jdalton@utbf.com
        P.O. Box 515
        West Chester, PA 19381
        Telephone:  (610) 692-1371
        Facsimile:  (484) 653-2218

        SEYFARTH SHAW LLP

        */s/ Caleb J. Schillinger*
        William N. Berkowitz (*admitted pro hac vice*)
           wberkowitz@seyfarth.com
        John R. Skelton (*admitted pro hac vice*)
           jskelton@seyfarth.com
        Caleb J. Schillinger (*admitted pro hac vice*)
           cschillinger@seyfarth.com
        Two Seaport Lane, Suite 300
        Boston, MA 02210
        Telephone:  (617) 946-4800
        Facsimile:  (617) 946-4801

Dated:  April 2, 2015        *Counsel for Defendant Nissan North America, Inc.*