IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| T&S AUTO SALES & SERVICE, LLC, et al. : | CIVIL ACTION |
| Plaintiffs : | |
| v. : | No. 2:14-5791 |
| RJJD ASSOCIATES, LLC., et al., : | |
| Defendants. : | |

## ORDER

AND NOW, this 9th day of April, 2015, it having been reported that the issues between the parties in the above action have been settled and pursuant to Local Rule of Civil Procedure 41.1(b), it is hereby **ORDERED** that the above action is **DISMISSED** pursuant to agreement of counsel without costs.

BY THE COURT:

/s/ Mitchell S. Goldberg
MITCHELL S. GOLDBERG, J.

1